# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| **KYLE CORRIGAN,** | | |
| Plaintiff, | | **RULE 16 TELEPHONE** |
| v. | | **SCHEDULING CONFERENCE** |
| **WADE WUDTKE, et al.,** | | Case No. 25-CV-1408 |
| Defendants. | | |

HONORABLE BYRON B. CONWAY, presiding     Time Called: 10:35 a.m.
Proceeding Held: October 30, 2025     Time Concluded: 10:44 a.m.
Deputy Clerk: Joleen     Tape: Zoom 103025

**Appearances:**

**Plaintiff**: Kyle Corrigan, pro se

**Defendants:** Tyler Pluff

**Scheduling:**

| | | | |
|---|---|---|---|
| Initial Disclosures: | 12/10/2025 | Dispositive Motions: | 5/8/2026 |
| Amended Pleadings: | 12/10/2025 | Final Pretrial Conference: | |
| Expert Disclosures (Plaintiff): | 1/16/2026 | ☐ Jury Trial or ☐ Court Trial: | |
| Expert Disclosures (Defendant): | 3/13/2026 | Trial Estimate: | |
| Rebuttal Disclosures: | | ☐ TC; ☐ SC; ☐ HRG set for: | |
| Discovery: | 4/29/2026 | | |

The court inquires into if Mr. Corrigan has investigated obtaining counsel.
Mr. Corrigan indicates he has retained counsel and they will be filing a notice shortly.
The court inquires into the discovery limitations referenced in the report.
Mr. Corrigan responds.
The court has reviewed the parties' Joint Rule 26(f) Report, Dkt. No. 25.
The court inquires into the damages the plaintiff is seeking.
Mr. Corrigan responds.
Mr. Pluff indicates they will be objecting to the expansion of discovery.
The court adopts the dates proposed by the parties and will issue a scheduling order.